**Kathaleen B. SMALLS,
Plaintiff-Appellant,**

v.

**President Barack Hussein OBAMA; Ashton B. Carter, Secretary, Department of Defense; Loretta E. Lynch, Attorney General, Department of Jus-**

tice; United States Army; United States Marine Corps; United States Navy; United States Attorney for The District of South Carolina, Defendants-Appellees.

No. 16-1927

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2017

Decided: February 2, 2017

Kathaleen B. Smalls, Appellant Pro Se.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathaleen B. Smalls appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Smalls that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845–46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Smalls has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED